No. 399. McSHANE, ADMINISTRATOR, ET AL. v. UNITED STATES. November 5, 1934. Petition for writ of certio-

rari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Kenaz Huffman* for petitioners. *Solicitor General Biggs* and *Messrs. Will G. Beardslee* and *W. Marvin Smith* for the United States.